[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 13, 2010
JOHN LEY
CLERK

No. 09-16128
Non-Argument Calendar

_____

D. C. Docket No. 09-00028-CR-5-RS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY LAQUAN OLIVER,
a.k.a. Ant,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(May 13, 2010)

Before BARKETT, HULL and HILL, Circuit Judges.

PER CURIAM:

Jonathan Dingus, appointed counsel for Anthony Laquan Oliver, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Oliver's conviction and sentence are **AFFIRMED**.